IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| KENNETH V HAMILTON & ELEANOR J HAMILTON | ) | Chapter 13 |
| 1067 EARLE ST, NW | ) | Case No. 07-11796 |
| THOMSON, GA 30824-7262 | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Barnee C. Baxter, Chapter 13 Trustee, and pursuant to 11 U.S.C. 1325 objects to the confirmation of the Debtors' proposed plan.

The specific deficiency is:

NO TAX RETURNS PRODUCED

Wherefore, the Trustee prays that the Court deny confirmation of Debtors' proposed plan.

/s/ Barnee C. Baxter
Barnee C. Baxter
Chapter 13 Trustee

CERTIFICATE OF SERVICE

This objection will be heard at the hearing on confirmation of plan or at a later time assigned by the Court.

This is to certify that a copy of the foregoing document has been forwarded by first-class mail, postage prepaid to the above-named Debtors and the attorney for the Debtors whose name appears below, on the 14th day of November, 2007.

/s/ John Eckert
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, Georgia 30903

cc: JAMES T WILSON JR
ATTORNEY AT LAW
P O BOX 2112
AUGUSTA, GA 30903-2112