# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: Kenneth V. AND Eleanor J. Hamilton
Debtor(s)

Chapter 13 Case No. 07-11796

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By cmeyer at 10:17 am, Nov 27, 2007

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☑ Denied and the case is dismissed.

☐ Without prejudice;
☑ With prejudice against refiling for 180 days;
☐ Unless Debtor(s) counsel converts to a case under Chapter 7 within fifteen (15) days.

☐ Granted upon condition that:

☐ Debtor pay $ _____ by _____;
☐ Debtor pay $ _____ per _____ until _____;

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☐ Continued to _____ at _____ a.m./p.m.

☐ With payments of $ _____ per _____ in the interim;
☐ Upon payment of $ _____ by _____;
☐ Debtor's counsel is ordered to file a modified plan by _____;
☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;
☐ Upon condition that Debtor(s) _____.

☐ Debtor's counsel is ordered to file with the Clerk, within fifteen (15) days, a written certification that all State and Federal tax returns have been filed.

☐ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

SO ORDERED.

Susan D. Barrett
United States Bankruptcy Judge

Dated 11/26/2007

13-01 (Rev 7/05)