# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

---

In re:

**Kenneth V. Hamilton and Eleanor J. Hamilton**
    Debtors

Case No.:  07−11796−SDB

Judge:  Susan D. Barrett

Chapter:  13

---

## ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE
## BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed with prejudice, barring refiling of a petition by the debtor(s) within 180 days of this order due to debtors failure to appear at confirmation hearing and failure to make required plan payments. Filing/Administrative fee of $274.00 is due and owing .

IT IS THEREFORE THE ORDER OF THIS COURT that:

1)      This Chapter 13 case is dismissed with prejudice, barring refiling of a petition within 180 days

2)      After deducting the costs of administration, including the balance of court costs due and attorney's fees (if applicable), the Trustee shall pay remaining funds to the debtor(s) unless a party in interest files a written objection within ten (10) days from the date of this order.

3)      Creditors are at liberty to pursue their legal remedies.



Susan D. Barrett
United States Bankruptcy Judge
PO Box 1487
Augusta, GA 30903

Dated: November 27, 2007