United States Bankruptcy Court
For the Southern District of Georgia

In the matter of: Debtor
KENNETH V HAMILTON & ELEANOR J HAMILTON
1067 EARLE ST, NW
THOMSON, GA 30824-7262

Case No:
07-11796

Page 1 of 2

FINAL REPORT AND ACCOUNT

Report Printed March 6, 2008

F-DISMISSED BEFORE CONFIRMATION       SS #1: XXX-XX-0320
Attorney: JAMES T WILSON JR      SS #2: XXX-XX-9579
Plan Filed Date: Oct  1, 2007  Plan Confirmed:       Case Concluded: Nov 27, 2007

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| JAMES T WILSON JR | 999 | ATY | $2,500.00 | $2,500.00 | $0.00 | $2,500.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $235.00 | $235.00 | $0.00 | $235.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | $39.00 | $39.00 | $0.00 | $39.00 |
| DALES AUTO SALES | 001.0 | SEC | $3,736.87 | $3,736.87 | $0.00 | $3,736.87 |
| DALES AUTO SALES | 001.1 | OTH | $250.00 | $0.00 | $0.00 | $0.00 |
| G M A C MORTGAGE CORP | 002.0 | DIR PA | $64,018.40 | $0.00 | $0.00 | $0.00 |
| G M A C MORTGAGE CORP | 002.1 | ARR | $27,611.96 | $27,611.96 | $0.00 | $27,611.96 |
| TAX COMMISIONER MCDUFFIE CTY | 003.0 | PRI | $350.25 | $350.25 | $0.00 | $350.25 |
| B LINE | 004.0 | UNS | $215.31 | $215.31 | $0.00 | $215.31 |
| TITLE PAWN OF AUGUSTA | 005.0 | SEC | $440.00 | $440.00 | $0.00 | $440.00 |
| W S BADCOCK CORP | 006.0 | SEC | $746.96 | $746.96 | $0.00 | $746.96 |
| TOM & FRANCES TILLMAN | 007.0 | SEC | $4,110.00 | $4,110.00 | $0.00 | $4,110.00 |
| PREMIER BANKCARD CHARTER | 008.0 | UNS | $455.46 | $455.46 | $0.00 | $455.46 |
| JEFFERSON CAPITAL SYSTEMS | 009.0 | UNS | $190.03 | $190.03 | $0.00 | $190.03 |
| L V N V FUNDING | 010.0 | UNS | $426.97 | $426.97 | $0.00 | $426.97 |
| GEORGIA POWER CO | 011.0 | UNS | $632.52 | $632.52 | $0.00 | $632.52 |
| JEFFERSON CAPITAL SYSTEMS | 012.0 | UNS | $714.85 | $714.85 | $0.00 | $714.85 |

cc:   JAMES T WILSON JR
      ATTORNEY AT LAW
      P O BOX 2112
      AUGUSTA, GA 30903-2112

PAGE 1 - CONTINUED ON NEXT PAGE

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | 013.0 | UNS | $565.63 | $565.63 | $0.00 | $565.63 |
| SALUTE VISA GOLD SP | 014.0 | UNS | $526.96 | $526.96 | $0.00 | $526.96 |
| TRI CAP INVESTMENT PARTNERS | 015.0 | UNS | $790.15 | $790.15 | $0.00 | $790.15 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $3,333.50 | $0.00 | $3,333.50 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Other |  |
|---|---|---|---|---|---|---|---|
| Debt | $0.00 | $0.00 | $532.96 | $274.00 | $2,500.00 | $0.00 | Total Paid |
| Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* RAP (Reduced Amount to Paid)

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

/s/ Barnee C. Baxter

Barnee C. Baxter, Trustee